THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DARWIN THOMAS (SBN 80745)
Assistant United States Attorney
 Room 7211, Federal Building
 300 North Los Angeles Street
 Los Angeles, California  90012
 Telephone:  (213) 894-2740
 Facsimile:  (213) 894-0115
E-mail: Darwin.Thomas@usdoj.gov

Attorneys for United States of America



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

UNITED STATES OF AMERICA,            )    Case No. CV08 - 01658 FMC (CWx
                                     )
                    Petitioner,      )
                                     )    [PROPOSED]
         vs.                         )
                                     )    **ORDER TO SHOW CAUSE**
SHERI D. TOLIVER,                    )
                                     )
                    Respondent.      )
                                     )
_____      )

Upon the Petition and supporting Memorandum of Points and Authorities,

and the supporting Declaration to the Petition, the Court finds that Petitioner has

established its *prima facie* case for judicial enforcement of the subject Internal

Revenue Service ("IRS" and "Service") summons.  *See* <u>United States v. Powell</u>,

379 U.S. 48, 57-58, 85 S. Ct. 248, 13 L. Ed. 2d 112 (1964); *see also*, <u>Crystal v.</u>

<u>United States</u>, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); <u>United States v. Jose</u>,

131 F.3d 1325, 1327 (9th Cir. 1997); <u>Fortney v. United States</u>, 59 F.3d 117, 119-

120 (9th Cir. 1995) (the Government's *prima facie* case is typically made through

1

Dockets.Justia.com

1    ~~the sworn declaration of the IRS agent who issued the summons);~~ *accord*, United

2    States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).

3        Therefore, **IT IS ORDERED** that Respondent appear before this District

4    Court of the United States for the Central District of California, in Courtroom No.

5    _____,

6    ☐    United States Courthouse
         312 North Spring Street, Los Angeles, California, 90012

7

8    ☒    Roybal Federal Building and United States Courthouse    *Room 750*
         255 E. Temple Street, Los Angeles, California, 90012,

9

10   ☐    Ronald Reagan Federal Building and United States Courthouse
         411 West Fourth Street, Santa Ana, California, 92701

11

12   ☐    Brown Federal Building and United States Courthouse
         3470 Twelfth Street, Riverside, California, 92501

13

14   on _____**April 14**_____, 2008, at 3 $\overline{00}$ p.m.,

15   and show cause why the testimony and production of books, papers, records, and

16   other data demanded in the subject Internal Revenue Service summons should not

17   be compelled.

18       **IT IS FURTHER ORDERED** that copies of this Order, the Petition,

19   Memorandum of Points and Authorities, and accompanying Declaration be served

20   promptly upon Respondent by any employee of the Internal Revenue Service or the

21   United States Attorney's Office, by personal delivery or by certified mail.

22       **IT IS FURTHER ORDERED** that within ten (10) days after service upon

23   Respondent of the herein described documents, Respondent shall file and serve

24   a written response, supported by appropriate sworn statements, as well as any

25   desired motions.  If, prior to the return date of this Order, Respondent files a response

26   with the Court stating that Respondent does not desire to oppose the relief sought in

27   the Petition, nor wish to make an appearance, then the appearance of Respondent at

28

1    any hearing pursuant to this Order to Show Cause is excused, and Respondent

2    shall be deemed to have complied with the requirements of this Order.

3        **IT IS FURTHER ORDERED** that all motions and issues raised by the

4    pleadings will be considered on the return date of this Order.  Only those issues

5    raised by motion or brought into controversy by the responsive pleadings and

6    supported by sworn statements filed within ten (10) days after service of the herein

7    described documents will be considered by the Court.  All allegations in the

8    Petition not contested by such responsive pleadings or by sworn statements will be

9    deemed admitted.

11   DATED:  This _12th_ day of _____March_____, 2008.

13   _____
     UNITED STATES DISTRICT JUDGE

16   Presented By:

17   THOMAS P. O'BRIEN
     Acting United States Attorney
18   SANDRA R. BROWN
     Assistant United States Attorney
19   Chief, Tax Division

21   _____
22   DARWIN THOMAS
     Assistant United States Attorney

23   Attorneys for the United States of America,
24   Petitioner

3